# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>NICHOLAS SAMBUCO, an individual; ANGELA SAMUBCO, an individual; ROSALIE PATTERSON, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | CASE NO.: 2:12-CV-01360-MCE-DAD<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER FOR:**<br>**1. PLAINTIFF'S DISCHARGE AND RELEASE;**<br>**2. INJUNCTIVE RELIEF;**<br>**3. REIMBURSEMENT OF PLAINTIFF'S REASONABLE ATTORNEYS' FEES AND COSTS;**<br>**4. DISTRIBUTION OF REMAINING INTERPLED FUNDS; AND**<br>**5. DISMISSAL** |

# **ORDER**

Having considered the Stipulation of Plaintiff-in-Interpleader New York Life Insurance Company ("New York Life") and Defendants-in-Interpleader Angela Sambuco and Rosalie Patterson, the Court **ORDERS** as follows:

1.  That New York Life and its agents, attorneys and assigns are discharged of all liability with respect to the life insurance benefits owed under policy number 43478564 (the "Policy") as the consequence of the death of Lena R. Oeth;

2.  That New York Life and its agents, attorneys and assigns are dismissed from this interpleader action with prejudice as to any and all claims relating to the Policy or the Policy proceeds;

3.  That Defendants-in-Interpleader Nicholas Sambuco, Angela Sambuco and Rosalie Patterson and each of them, their agents, attorneys and assigns, are enjoined perpetually, restraining each of them, their agents, attorneys, and assigns, from instituting any suit at law or equity, or action of any kind whatsoever, against New York Life or its agents, attorneys or assigns, with respect to the Policy and the Policy proceeds;

4.  That New York Life is entitled to and will be awarded its reasonable attorneys' fees and costs in the amount of $5,000.00, which New York Life incurred in bringing this interpleader action and which amount is to be paid from the Policy proceeds currently on deposit with this Court;

5.  That the payment to New York Life in the amount of $5,000.00 from the Policy proceeds is to be made payable to "New York Life Insurance Company"

and sent in c/o Martin E. Rosen, Esq., Barger & Wolen, LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071;

      6.   That after payment of New York Life's reasonable attorneys' fees and costs in the amount of $5,000.00, the remaining Policy proceeds on deposit with the Court will be distributed equally to Defendants-In-Interpleader Angela Sambuco and Rosalie Patterson by two separate checks made payable to "Angela Sambuco" and "Rosalie Patterson" and each sent in c/o William P. Roscoe, Esq., 815 University Avenue, Sacramento, California 95825-6724; and

      7.   That Plaintiff's Complaint-In-Interpleader shall be dismissed with prejudice, and the Cross-Claim of Defendants Rosalie Patterson and Angelina Sambuco for declaratory relief shall be dismissed without prejudice.

Submitted by:

BARGER & WOLEN LLP

By: /s/ *James A. Hazlehurst*
    JAMES A. HAZLEHURST
    Attorneys for Plaintiff
    Metropolitan Life Insurance Company

IT IS SO ORDERED.

DATED: February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE